**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:13-cv-01016-WJM

NICHOLAS MONTESANO,

    Plaintiff,

v.

SALLIE MAE, INC.,

    Defendant.

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**

Plaintiff Nicholas Montesano and the Defendant Sallie Mae, Inc., by and through their respective counsel of record, (collectively "the Parties"), and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this action, without prejudice, in favor of binding arbitration. As grounds for this stipulation, the Parties state as follows:

The document underlying this action, the SLM Financial Corporation Educational Loan Program Promissory Note (the "Note"), contains a binding Arbitration Agreement. Pursuant to the Arbitration Agreement, the Parties "agree that either party may elect to arbitrate – and require the other party to arbitrate – **any Claim** . . . . ," and that election may be made "after a lawsuit has been filed." "Claim" means "any legal claim, dispute or controversy between the Parties that arises from or relates in any way to the Note . . . ." Thus, the Parties have agreed to arbitrate all issues underlying and related to this action in accordance with the Arbitration Agreement.

WHEREFORE, the Parties respectfully request that the Court dismiss this matter, without prejudice.

Respectfully submitted this 24th day of June, 2013.

| LEMBERG & ASSOCIATES, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Lark Fogel* | *s/ Matthew C. Cooper* |
| Lark Fogel, Esq. | Matthew C. Cooper, Esq. |
| 1100 Summer Street, 3rd Floor | 1700 Lincoln Street, Suite 4650 |
| Stamford, CT 06905 | Denver, CO 80203 |
| (203) 653-2250 | 303-764-6822 |
| lfogel@lemberglaw.com | Matthew.Cooper@ogletreedeakins.com |
| Attorneys for Plaintiff Nicholas Montesano | Attorneys for Defendant Sallie Mae, Inc. |